■ In the Matter of RONALD DAVID RAGIN, III, Appellant, v LINDA DORSEY, Respondent. (Appeal No. 7.) [955 NYS2d 917]—

Same memorandum as in *Matter of Ragin v Dorsey* ([appeal No. 1] 101 AD3d 1758 [2012]). Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.

■ In the Matter of RONALD DAVID RAGIN, III, Appellant, v ERIE COUNTY CHILDREN'S SERVICES, Respondent. (Appeal No. 8.) [955 NYS2d 918]

Same memorandum as in *Matter of Ragin v Dorsey* ([appeal No. 1] 101 AD3d 1758 [2012]). Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.

■ In the Matter of RONALD DAVID RAGIN, III, Appellant, v ERIE COUNTY CHILDREN'S SERVICES, Respondent. (Appeal No. 9.) [955 NYS2d 919]

Same memorandum as in *Matter of Ragin v Dorsey* ([appeal No. 1] 101 AD3d 1758 [2012]). Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.

■ In the Matter of ASHLEA KASPROWICZ, Respondent, v KRISTOPHER OSGOOD, Appellant. In the Matter of KRISTOPHER OSGOOD, Appellant, v ASHLEA KASPROWICZ, Respondent. [956 NYS2d 786]—